IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| | : | No. 19-64-2 |
| ROBERT HENON | : | |
| # 77029-066 | | |

# NOTICE OF HEARING

Take notice that Defendant is scheduled for a SENTENCING HEARING on **WEDNESDAY, MARCH 1, 2023, at 10:00 A.M.** before the **Honorable Jeffrey L. Schmehl** in Courtroom T/B/A of the United States District Court, 601 Market Street, Philadelphia, Pennsylvania 19106.

☐ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☒ **Bail Status:** The defendant is on bail. A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court. If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A _____ interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** November 15, 2022

For additional information, please contact the undersigned.

By: Tanya L. Allender, Courtroom Deputy to J. Schmehl
Phone: 610.320.5030

Date: 1/5/2023

cc via U.S. Mail: Defendant
cc via email: Defense Counsel
U.S. Attorney's Office
U.S. Marshal
Court Security
Probation Officer Megan Maier
Pretrial Services
Interpreter Coordinator

crnotice (July 2021)