IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 19-64 |
| | : | |
| JOHN DOUGHERTY *et al.* | : | |

## **ORDER**

**AND NOW**, this 23rd day of February, 2023, upon consideration of the *Post-Trial Motion of Defendant Robert Henon for Discovery* (ECF No. 329), it is hereby **ORDERED** that the Motion is **DENIED AS MOOT** in light of the protective order entered by this Court on October 27, 2022 (ECF No. 367).

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**