IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff<br>v.<br><br>BRIAN BURROWS,<br><br>                Defendant. | CRIMINAL NO. 2:19-CR-00064-JLS-3 |

## DEFENDANT BRIAN BURROWS OBJECTION TO MOTION FOR CONTINUANCE FILED BY JOHN DOUGHERTY

COMES NOW, Defendant Brian Burrows, by and through counsel, Thomas A. Bergstrom, hereby objects to any further continuance of the above-captioned case.

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Thomas A. Bergstrom*
Thomas A. Bergstrom (PA ID No. 21131)
Mark A. Kasten (PA ID No. 316387)
50 South 16th Street, Suite 3200
Philadelphia PA 19102-2555
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
*Attorneys for Defendant Brian Burrows*

## CERTIFICATE OF SERVICE

      I, Thomas A. Bergstrom, hereby certify that on this 27th day of September, 2023, caused to be electronically filed the foregoing document, with the Clerk of Court through the CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

                                                          */s/ Thomas A. Bergstrom*
                                                          Thomas A. Bergstrom