**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 2:19-CR-00064-JLS-3 |
| Plaintiff | |
| v. | |
| BRIAN BURROWS, | |
| Defendant. | |

**DEFENDANT BRIAN BURROWS' OPPOSITION**
**TO DEFENDANT JOHN DOUGHERTY'S MOTION TO CONTINUE TRIAL**

Defendant Brian Burrows, by and through his undersigned counsel, opposes Defendant John Dougherty's Motion to Continue Trial (Dkt. No. 568).

Mr. Burrows was indicted 4 years, eight months, and 28 days ago. Mr. Dougherty has sought, and been granted, several continuances which have prejudiced, and continue to prejudice, Mr. Burrows' defense.  Any additional continuance would constitute a further violation of Mr. Burrows' right to a speedy trial under both the United States Constitution and the Speedy Trial Act.

For the reasons set forth in his Motion to Dismiss (Dkt. No. 497), which is incorporated here by reference, Mr. Burrows requests that this Court deny Mr. Dougherty's motion.

Dated: October 27, 2023                    **BUCHANAN INGERSOLL & ROONEY PC**

_/s/ Thomas A. Bergstrom_
Thomas A. Bergstrom (PA ID No. 21131)
Mark A. Kasten (PA ID No. 316387)
50 South 16th Street, Suite 3200
Philadelphia PA 19102-2555
Telephone: (215) 665-8700
Facsimile: (215) 665-8760
_Attorneys for Defendant Brian Burrows_

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas A. Bergstrom, hereby certify that on this 27th day of October, 2023, caused to be electronically filed the foregoing document, with the Clerk of Court through the CM/ECF system.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems.  Parties may access the filing through the Court's CM/ECF System.

*/s/ Thomas A. Bergstrom*
Thomas A. Bergstrom