February 24, 2025

The Honorable Jeffery Schmehl
633 Court St.
Reading, PA 19601

Dear Judge Schmehl,

I hope this letter finds you well. I am writing to respectfully request an early release from my probation. I have served my time diligently, having completed 15 days of incarceration, followed by three months of home confinement, and am currently in my 11 month of probation. Throughout this period, I have remained committed to my personal and professional growth, maintaining my employment in my business, Campaign Consulting, and recently taking on a new role as the Policy Director for a Philadelphia Councilman.

I would also like to highlight that I have paid all restitution and fines associated with my case, demonstrating my commitment to fulfilling my obligations and moving forward in a positive direction.

This experience has profoundly changed my perspective on life and has inspired me to give back to my community. I have developed a strong desire to help the reentry community. I am particularly passionate about establishing art therapy in the Philadelphia Prisons, increasing the availability for safe halfway houses for women with children, and starting a nonprofit organization to assist women prepare for job interviews and provide them with a professional wardrobe to help reenter the professional workforce.

Additionally, I am happy to share that I have recently gotten engaged. Being off probation would not only allow me the freedom to support my community initiatives but also to travel for my honeymoon and enjoy this new chapter of my life with my fiancé. More importantly to me I pray that my son, who I have raised as a single mom, will have learned an invaluable lesson from what I have done wrong, and for my choosing accountability, so he will have respect for the law, and will be a good man who chooses right over wrong.

I understand the importance of accountability and have learned invaluable lessons through my experiences. I am committed to using what I have learned to make a positive impact in the lives of others. Therefore, I humbly ask for your mercy in considering my request for early release from probation. Thank you for your time and consideration. I am hopeful for the opportunity to contribute positively to society and to continue on this path of growth and service.

Respectfully,

*Marita Crawford*

Marita Crawford
2933 S. Broad St.
Philadelphia, PA 19148